IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. TUMPA, SR. and DANA KELLEY, individually and on behalf of others similarly situated,<br><br>　　Plaintiffs,<br><br>　vs.<br><br>IOC-PA, LLC d/b/a LADY LUCK CASINO; ISLE OF CAPRIS CASINOS LLC f/k/a ISLE OF CAPRIS CASINOS, INC.; ELDORADO RESORTS, INC.; and MARY ANN RUTHERFORD,<br><br>　　Defendants. | Case No.  3:18-cv-112 |

**MOTION FOR ADMISSION *PRO HAC VICE* AND
CERTIFIED STATEMENT OF AMANDA E. COLVIN**

I, AMANDA E. COLVIN, hereby certify as follows:

1.　I am an associate with the law firm Bryan Cave Leighton Paisner LLP, counsel for Defendants, IOC-PA LLC d/b/a Lady Luck Casino, Isle of Capri Casinos LLC f/k/a Isle of Capri Casinos, Inc., Eldorado Resorts, Inc., and Merryan Rutherford. I respectfully move this Court for admission *pro hac vice* to appear in the above-captioned matter, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

2.　My business address is 211 N. Broadway, Suite 3600, St. Louis, Missouri 63102.

3.　I am a member in good standing of the bars of Missouri and Illinois.

4.　My bar identification numbers are 61763 (Missouri, 2009) and 6303086 (Illinois, 2010).

1

12217921.2

5. A current certificate of good standing from Missouri is attached to this Motion as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

I certify that the foregoing statements made by me are true and any knowingly false statements may subject me to punishment for perjury.

Executed on:  October 10, 2018

**BRYAN CAVE LEIGHTON PAISNER LLP**

By:  */s/ Amanda E. Colvin*
Amanda E. Colvin, Missouri Bar # 61763
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
amanda.colvin@bclplaw.com

**Attorney for Defendants**