IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. TUMPA, SR. and DANA KELLEY, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>IOC-PA, LLC d/b/a LADY LUCK CASINO; ISLE OF CAPRIS CASINOS LLC f/k/a ISLE OF CAPRIS CASINOS, INC.; ELDORADO RESORTS, INC.; and MARY ANN RUTHERFORD,<br><br>    Defendants. | Case No.  3:18-cv-112 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KATHRYN P. SCOTT

Kathryn P. Scott, undersigned counsel for Defendants IOC-PA LLC d/b/a Lady Luck Casino, Isle of Capri Casinos LLC f/k/a Isle of Capri Casinos, Inc., Eldorado Resorts, Inc., and Merryan Rutherford, hereby moves that Kathryn P. Scott be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants IOC-PA LLC d/b/a Lady Luck Casino, Isle of Capri Casinos LLC f/k/a Isle of Capri Casinos, Inc., Eldorado Resorts, Inc., and Merryan Rutherford in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Kathryn P. Scott filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: October 24, 2018                                            Respectfully submitted,

                                                                                    By:     */s/ Kathryn P. Scott*
                                                                                                Kathryn P. Scott, Missouri Bar # 70350
                                                                                                **BRYAN CAVE LEIGHTON PAISNER LLP**
                                                                                                211 North Broadway, Suite 3600
                                                                                                St. Louis, MO  63102-2750
                                                                                                Telephone:  (314) 259-2000
                                                                                                Facsimile:  (314) 259-2020
                                                                                                kathryn.scott@bclplaw.com

                                                                                                **Attorney for Defendants**

12253777.1