IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. TUMPA, SR. and DANA KELLEY, individually and on behalf of others similarly situated, <br><br> Plaintiffs <br><br> vs. <br><br> IOC-PA, LLC d/b/a LADY LUCK CASINO; ISLE OF CAPRIS CASINOS LLC f/k/a ISLE OF CAPRIS CASINOS, INC.; ELDORADO RESORTS, INC.; and MARY ANN RUTHERFORD, Director of Casino Operations, <br><br> Defendants | Case No. 3:18-cv-00112-KRG <br><br> Honorable Stephanie L. Haines <br><br> *ELECTRONICALLY FILED* |

**PLAINTIFFS' RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT AGREEMENT AND CLASS NOTICE**

Plaintiffs Robert D. Tumpa, Sr. and Dana Kelley, and Defendants IOC-PA, LLC d/b/a Lady Luck Casino ("IOC-PA"), Isle of Capri Casinos LLC f/k/a Isle of Capri Casinos, Inc., Eldorado Resorts, Inc. ("Eldorado"), and Merryan Rutherford ("Rutherford") have entered into a settlement agreement to resolve this putative collective and class action lawsuit. Plaintiffs moved for preliminary approval of the settlement agreement on February 27, 2020, (ECF No. 44), and filed with the Court the settlement the parties' collective and class action settlement agreement and class notice and opt-out forms which were attached as Exhibits A and B to the Agreement[1] at ECF No. 44-1.

---

[1] Capitalized terms used in this motion and Plaintiffs' supporting memorandum of law have the meaning given to them in the revised settlement agreement at Exhibit 1, unless otherwise noted.

On March 10, 2020, the Court held a status conference with the parties in which the parties agreed to include certain "opt-in" procedures to address the Fair Labor Standards Act claims at issue in the case, (ECF No. 46); on March 16, 2020, the Court denied Plaintiffs' February 27, 2020 motion for preliminary approval without prejudice, directing the parties to file the appropriate amended forms.  (ECF No. 48).

Plaintiffs now ask the Court to enter an order granting preliminary approval of the revised Agreement, attached hereto as Exhibit 1, (including the revised Notice Form attached as Exhibit A thereto and the Opt-Out Form attached as Exhibit B).  The revised Agreement now specifies that in the "Release" paragraph that members of the Settlement Class will release FLSA claims *only* if they do not opt-out *and* cash the check for their share of the settlement (whereas other wage claims will be released simply by not opting-out), see Agreement at 8-9; the checks issued to Participating Settlement Class Members will also bear a legend describing the release of FLSA claims and explaining that by cashing the check, a Participating Settlement Class Member will be deemed to have opted-in to be a party plaintiff in the lawsuit.  Id. at 9.  The revised version of the Notice Form, attached as Exhibit A to the Agreement, likewise now explains this distinction and specifies that by cashing the check, a Participating Settlement Class Member will be deemed to have opted-in to the case and will release FLSA claims, in addition to the claims released simply by not opting-out.  See id. at 20, 23-24 ("You Can Participate in the Settlement" on cover page, "Section 6. Release of Claims," and "Section 8", explaining how "You can participate in the settlement.").  In all other respects, the Agreement is the same as that which was submitted to the Court with Plaintiff's first motion at ECF No. 44-1.

Subject to these changes, for the reasons more fully explained in each Plaintiffs' memorandum of law at ECF No. 45, Plaintiffs, with Defendants' consent, respectfully request that the Court enter an Order:

1. Certifying, on a preliminary basis, the Settlement Class as defined in the Agreement under Fed. R. Civ. P. 23(b)(3), and appointing Plaintiffs Robert D. Tumpa and Dana Kelley and Plaintiff's Counsel Feinstein Doyle Payne & Kravec LLC to represent the Settlement Class;

2. Granting preliminary approval of the revised Agreement;

3. Appointing Settlement Services, Inc. as the settlement administrator;

4. Approving the manner of notice of the settlement and the content of the revised Notice Form and Opt-Out Form attached as Exhibit A and Exhibit B to the Agreement;

5. Scheduling this matter for a hearing on final approval pursuant to Fed. R. Civ. P. 23, for a date no earlier than 100 days from the date of the Order.

WHEREFORE, Plaintiffs hereby request that the Court enter the attached proposed Order.

Respectfully submitted,

Dated: March 30, 2020

/s/ Edward J. Feinstein
Edward J. Feinstein (PA No. 29718)
efeinstein@fdpklaw.com
Elizabeth Rabenold (PA No. 58039)
erabenold@fdpklaw.com
Ruairi McDonnell (PA No. 316998)
Rmcdonnellfdpklaw.com

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219-1639
Tel.: (412) 281-8400
Fax: (412) 281-1007

*ATTORNEYS FOR PLAINTIFFS*