**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT D. TUMPA, SR. and DANA KELLEY, individually and on behalf of others similarly situated, | ) ) ) ) ) | Case No. 3:18-cv-00112-KRG |
| Plaintiffs, | ) ) ) | Honorable Stephanie L. Haines |
| vs. | ) ) ) ) | *ELECTRONICALLY FILED* |
| IOC-PA, LLC d/b/a LADY LUCK CASINO; ISLE OF CAPRIS CASINOS LLC f/k/a ISLE OF CAPRIS CASINOS, INC.; ELDORADO RESORTS, INC.; and MARY ANN RUTHERFORD, Director of Casino Operations, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND EXPENSES**

The parties have entered into a settlement agreement to resolve this putative collective and class action lawsuit, which was preliminarily approved by the Court on March 31, 2020. (ECF No. 50). Pursuant to the settlement agreement (hereinafter, the "Agreement," at ECF No. 49-1), and for the reasons more fully explained in Plaintiffs' memorandum of law in support of this motion, Plaintiffs, with Defendants' consent, respectfully request that the Court enter the attached Order approving payment of $25,133.08 in attorneys' fees and expenses.

Respectfully submitted,

Dated:  July 2, 2020

s/ Edward J. Feinstein
Edward J. Feinstein (PA No. 29718)
efeinstein@fdpklaw.com

Elizabeth Rabenold (PA No. 58039)
erabenold@fdpklaw.com
Ruairi McDonnell (PA No. 316998)
rmcdonnellfdpklaw.com

**FEINSTEIN DOYLE PAYNE
 & KRAVEC, LLC**
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219-1639
Tel.: (412) 281-8400
Fax: (412) 281-1007

*ATTORNEYS FOR PLAINTIFFS*