# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. TUMPA, SR. and DANA KELLEY, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> IOC-PA, LLC d/b/a LADY LUCK CASINO; ISLE OF CAPRIS CASINOS LLC f/k/a ISLE OF CAPRIS CASINOS, INC.; ELDORADO RESORTS, INC.; and MARY ANN RUTHERFORD, Director of Casino Operations, <br><br> Defendants. | Case No. 3:18-cv-00112-KRG <br><br> Honorable Stephanie L. Haines <br><br> *ELECTRONICALLY FILED* |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs Robert D. Tumpa, Sr. and Dana Kelley, and Defendants IOC-PA, LLC d/b/a Lady Luck Casino ("IOC-PA"), Isle of Capri Casinos LLC f/k/a Isle of Capri Casinos, Inc., Eldorado Resorts, Inc. ("Eldorado"), and Merryan Rutherford ("Rutherford") have entered into a settlement agreement to resolve this putative collective and class action lawsuit. For the reasons more fully explained in Plaintiffs' memorandum of law in support of this motion, Plaintiffs, without opposition by Defendants, respectfully request that the Court grant final certification under Fed. R. Civ. P. 23(b)(3) to the Settlement Class as defined in the Settlement Agreement (excluding those individuals who timely opted-out of the Settlement) and grant final approval to the terms of the Settlement Agreement at ECF No. 49-1, including attorneys' fees and costs (the subject of a separate motion), and incentive awards to Plaintiffs.

WHEREFORE, Plaintiffs hereby request that the Court enter the attached proposed Final Order and Judgment filed herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 10, 2020 | s/ Edward J. Feinstein |

Edward J. Feinstein (PA No. 29718)
efeinstein@fdpklaw.com

Elizabeth Rabenold (PA No. 58039)
erabenold@fdpklaw.com
Ruairi McDonnell (PA No. 316998)
Rmcdonnellfdpklaw.com

**FEINSTEIN DOYLE PAYNE**
  **& KRAVEC, LLC**
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219-1639
Tel.: (412) 281-8400
Fax: (412) 281-1007

***ATTORNEYS FOR PLAINTIFFS***