## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT D. TUMPA, SR. and DANA KELLEY, )
individually and on behalf of others similarly )    Case No. 3:18-cv-00112-KRG
situated, )
                         )
                         )
               Plaintiffs, )    Honorable Stephanie L. Haines
                         )
       vs. )
                         )    *ELECTRONICALLY FILED*
                         )
IOC-PA, LLC d/b/a LADY LUCK CASINO; )
ISLE OF CAPRIS CASINOS LLC f/k/a ISLE )
OF CAPRIS CASINOS, INC.; ELDORADO )
RESORTS, INC.; and MARY ANN )
RUTHERFORD, Director of Casino Operations, )
                         )
               Defendants. )

## [PROPOSED] FINAL ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT AGREEMENT

AND NOW, the _____ day of _____, 2020, upon consideration of the

Plaintiffs' Motion for Final Approval of Collective and Class Action Settlement Agreement, IT

IS HEREBY ORDERED that said Motion is GRANTED.  The Court, having reviewed upon the

Motion, Plaintiffs' Motion for Attorneys' Fees and Costs, the parties' proposed settlement

agreement at ECF No. 49-1, and having heard from the parties at the Final Fairness Hearing held

before this Court on August 20, 2020, hereby Orders that:

       1.       Capitalized terms used herein shall have the meaning given in the settlement

agreement (hereinafter, the "Agreement"), unless otherwise noted.

       2.       In its preliminary approval order, the Court conditionally certified the Settlement

Class, pursuant to Fed. R. Civ. P. 23(b)(3), as follows:

             **"Settlement Class"** or **"Settlement Class Members"** means all
             individuals employed as non-exempt table game dealers and

operators at the Lady Luck Casino at any time from May 24, 2015 through December 31, 2018, as to whom: (i) the Casino's time records show that their actual hours clocked-in to work exceeded the rounded clocked-in hours for which they were paid, and (ii) had they been paid for their actual hours clocked-in instead of their rounded hours clocked-in, they would have received $5.00 or more over what they were actually paid.

3.      The Court now finally approves certification of the Settlement Class, except to those individuals who timely opted-out of the Settlement (the "Participating Settlement Class Members"). The names of the individual Participating Settlement Class Members are listed on Exhibit A hereto.

4.      **Notice**. In accordance with the Court's preliminary approval Order, notice of the Settlement was timely distributed by first-class mail to all Settlement Class Members. The form and method of notifying the Settlement Class of the terms and conditions of the proposed Settlement Agreement met the requirements of Fed. R. Civ. P. 23, any other applicable law, and due process, and constituted the best notice practicable under the circumstances.

5.      **CAFA.** Defendants have timely filed notification of this settlement with the appropriate officials pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715. The Court finds that the Defendants' notification complies fully with the applicable requirements of CAFA.

6.      **The Settlement is Fair, Reasonable, and Adequate**. The question presented on a motion for final approval of a proposed class action settlement is whether the proposed settlement is fair and reasonable. In making this determination, the Court has considered the following factors: (1) the complexity, expense and likely duration of the litigation; (2) the reaction of the class to the settlement; (3) the stage of the proceedings and the amount of discovery completed; (4) the risks of establishing liability; (5) the risks of establishing damages;  (6) the risks of maintaining the class

action through trial; (7) the ability of the defendants to withstand a greater judgment; (8) the range of reasonableness of the settlement fund in light of the best possible recovery; and (9) the range of reasonableness of the settlement fund to a possible recovery in light of all the attendant risks of litigation.  Girsh v. Jepson, 521 F.2d 153, 157 (3d Cir. 1975).

7. In addition, the Court has considered the factors enumerated in Rule 23(e)(2) to guide a court's inquiry into whether a settlement is fair, reasonable and adequate, including whether:

(A) the class representatives and class counsel have adequately represented the class;

(B) the proposal was negotiated at arm's length;

(C) the relief provided for the class is adequate, taking into account:

(i) the costs, risks, and delay of trial and appeal;

(ii) the effectiveness of any proposed method of distributing relief to the class, including the method of processing class-member claims;

(iii) the terms of any proposed award of attorney's fees, including timing of payment; and

(iv) any agreement required to be identified under Rule 23(e)(3); and

(D) the proposal treats class members equitably relative to each other.

Fed. R. Civ. P. 23(e)(2).

8. The Court finds that on balance these factors support final approval of the Settlement.  The Settlement provides meaningful and significant monetary benefits to Participating Settlement Class Members when the measure of actual damages they could recover in litigation is weighed against the risks of proceeding.  The Settlement provides these benefits while avoiding the time, cost, and risk associated with continued litigation.  No class members have objected, and only three have opted-out of the Settlement.  The Settlement was negotiated

after meaningful discovery and at a time when Plaintiffs were well apprised of the strengths and weaknesses of their case, and was the product of arms' length negotiations before a mediator. The Settlement also provides monetary benefits to Participating Settlement Class Members in a fair and equitable manner and does not impose undue burdens on class members to obtain those benefits.

9.      **FLSA**.  The Court also finds that the Settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions with respect to Defendant's time clock rounding policy in conjunction with an alleged "early clock-in requirement," and furthers the implementation of the FLSA in the workplace.  The terms of the release are appropriately tailored to the claims at issue in the case and the agreement is publicly available.

10.      **Incentive Awards to Plaintiffs.**  The Settlement Agreement provides for $2,000.00 for each Plaintiff as an incentive award.  The Court finds that these awards are reasonable and should be approved, as the amounts are within the range of awards customarily approved by Courts and the Plaintiffs achieved a meaningful result for absent Settlement Class Members at personal investment, inconvenience, and risk.

11.      **Attorneys' Fees and Costs.**  Plaintiffs have requested a fee and cost award of $25,133.08, representing $1,011.22 in costs and $24,121.86 in attorneys' fees.  The Court has considered the factors set forth in <u>Gunter v. Ridgewood Energy Corp.</u>, 223 F.3d 190, 195 n.1 (3d Cir. 2000) and finds that the requested attorneys' fee award of $24,121.86 is a reasonable "percentage-of-recovery."  <u>See</u> <u>In re Prudential Insurance Co. America Sales Practice Litigation Agent Actions</u>, 148 F.3d 283, 333 (3d Cir. 1998).  The Court also finds that Plaintiffs' request for costs and expenses totaling $1,011.22 should be approved.

12.      **Objections.**  Settlement Class members had the opportunity to be heard on all

issues regarding the resolution and release of their claims by submitting objections to the Settlement Agreement to the Court and none were submitted.

13.     **Final Approval.**  Plaintiffs' Motion for Final Approval of Collective and Class Action Settlement Agreement is hereby **GRANTED**.  The Settlement is **APPROVED** as fair, reasonable, and adequate to the Participating Settlement Class Members, Plaintiffs' claims are dismissed with prejudice, and the Parties are hereby directed to take the necessary steps to effectuate the terms of the Settlement Agreement. The terms of the Settlement Agreement and this Final Order and Judgment are binding on Plaintiffs and all other Participating Settlement Class Members, as listed on Exhibit A hereto.

14.     **Jurisdiction Retained.**  Without affecting the finality of this Final Order and Judgment, the Court shall retain jurisdiction for the purpose of enforcing this Final Order and Judgment or the Settlement Agreement.

BY THE COURT:


_____ J.

# EXHIBIT A

| CM ID | lname | fname |
|-------|-------|-------|
| 0001 | ESASKY | SHANNAN |
| 0002 | GEORGE | JAMES L |
| 0003 | WOODS | BRYANT E |
| 0005 | KALASKY | MARCY |
| 0006 | PAYNE | LOUIS |
| 0007 | HARVEY | PAUL |
| 0008 | SPOHN | CHELSEA R |
| 0009 | OLESKY | ALAN |
| 0010 | SPROWLS | JACQUELINE |
| 0011 | DAWSON | CODY P |
| 0012 | MEADOWS | BRENNON |
| 0013 | RUSNOCK | FRANCIS |
| 0014 | JOBES | ROBERT W |
| 0015 | METHENEY | AARON D |
| 0016 | TUMPA | ROBERT D |
| 0017 | FRAZEE | TIMOTHY R |
| 0019 | HENRY | ROBERT |
| 0020 | LANCASTER | COLLEEN F |
| 0021 | RIBNISCKY | TOMMY |
| 0022 | GEORGIANA,II | DAVID |
| 0023 | CHRISE | CORY |
| 0024 | MASELLI | KELLY S |
| 0025 | PATTERSON | MARGARET |
| 0026 | LIKE | LUCINDA S |
| 0027 | RODEHEAVER,JR | LESLIE |
| 0028 | THOMAS | DAVID A |
| 0029 | FULTON | KYLE R |
| 0030 | MCGURGAN | JEFFREY |
| 0031 | MCGINNIS | PHYLLIS |
| 0032 | GRUENIG | KYLE D |
| 0033 | MYERS | GREG A |
| 0034 | KIRTON | DEBORAH A |
| 0035 | KENDALL | JOEY |
| 0036 | PETCHENY | RONALD |
| 0037 | FISH | SHANNON L |
| 0039 | GREER | LINDSEY |
| 0040 | NELSON | MADALYN R |
| 0041 | KOKOSKA | MATTHEW R |
| 0042 | RISHA | GEORGE J |
| 0043 | TAYLOR | CLAY |
| 0044 | CHRISTOPHER | ELIZABETH |
| 0045 | BELLA | KEVIN |
| 0046 | URBAN | PAUL B |
| 0047 | GROVER | RYAN J |
| 0048 | GRAHAM | KARRI J |
| 0049 | YEAGER | SANDRA M |

| 0050 | BEEGHLY | LAUREN |
|------|---------|--------|
| 0051 | KULIKOSKI | NATHAN |
| 0052 | HERRING | BRIAN G |
| 0053 | AYERS | TAMMY S |
| 0054 | LEAPLINE | JULIE |
| 0055 | KELLEY | DANA |
| 0056 | WHALEN | TIMOTHY P |
| 0057 | RUSH | TIMOTHY R |
| 0058 | HOFFMAN | RUTH ANN |
| 0059 | MICOZZI | CARLO |
| 0060 | RITZ | ANDREW N |
| 0061 | BROWNFIELD | THOMAS |
| 0062 | REED | ROBERT |
| 0063 | SMITH | KENYA A |
| 0064 | VRABEL | JAMES A |
| 0065 | HIGGINS | JAMES B |
| 0066 | HAGER | MELISSA R |
| 0068 | JAMES | BLAKE P |
| 0069 | HALYE | CARL |
| 0070 | WILSON | MABLE D |
| 0071 | ROGERS | MARCIE |
| 0072 | HONSE | AMBER R |
| 0073 | HOUSE | BRENDAN M |
| 0074 | YOWLER | STORM J |
| 0075 | VICTOR | JOSEPH P |
| 0076 | OZOHONISH | JOHN |
| 0077 | HARDIN | ALEX R |
| 0078 | WHITENER,JR | RONALD L |
| 0079 | PENZERA | ANDREW J |
| 0080 | JOHNSON | BRANDON L |
| 0081 | FEUERSTEIN | STEFANIE D |
| 0082 | JESTER | ALEXANDER P |
| 0083 | SHAW | BRANDI N |
| 0084 | RAMIREZ | RIMI O |
| 0085 | SWARTZ | CHRISTOPHER D |
| 0086 | EWART | ZACHARY |
| 0087 | MARSHALL | SHALYN E |
| 0088 | PETON | COREY R |
| 0089 | KENES | PATRICK S |
| 0090 | FERLAND | BRADLEY J |
| 0091 | BAKOSH | JAMES M |
| 0092 | BURKETT | SHELBY D |
| 0093 | LOWDERMILK | KATE E |
| 0094 | LAYMAN | MATTHEW R |
| 0095 | SMITH | ELIZABETH A |
| 0096 | DRILAK | DEVAN J |
| 0097 | DECARA | SEAN |

| | | |
|---|---|---|
| 0098 | STAGGS | RANDY A |
| 0099 | WOOSTER | DAVID M |
| 0100 | LEMASTERS | DREW J |
| 0101 | SETTLES | ZACHARY D |
| 0102 | YEX | JAMES |
| 0103 | MOUNTAIN | MICHAEL B |
| 0104 | THOMAS | JULIA M |
| 0105 | SCHIMANSKY | SARAH N |
| 0106 | RAYMOND | DANIEL C |
| 0107 | EVANS | LEO A |
| 0108 | KISTNER | JESSICA A |
| 0109 | NOLDER | SHAWN J |
| 0110 | FETTY | NICK J |
| 0111 | HICKS | JEFFREY R |
| 0112 | YOWLER | NORMAN K |
| 0113 | HICKMAN | MICHAEL A |
| 0114 | YORK | MANDEE J |
| 0115 | SHEA,JR | RANDY L |
| 0116 | WOMBACKER | RYAN |
| 0117 | TOMLIN | KENNITA E |
| 0118 | OLMO | OMAR A |
| 0119 | KINO | JOSEPH D |
| 0121 | GRIMMEYER | THOMAS J |
| 0122 | FALK | RYAN A |
| 0123 | NOLDER | KAITLIN M |
| 0124 | BLACKWELDER | MERCEDES S |
| 0125 | GRIEDEL | CHRISTOPHER M |
| 0126 | DILLIE | TARYN R |
| 0127 | MOATS,SR | THOMAS R |
| 0128 | MORGAN | SAMANTHA J |
| 0129 | NAGY | SCOTT C |
| 0130 | HIGGINS | ROGER |
| 0131 | HORNE | TERESA B |
| 0133 | LOPEZ GONZALEZ | EDUARDO Y |
| 0134 | DAVIS | SHANNON E |
| 0135 | ESTEP | CHRISTY L |
| 0136 | SARGENT | DANIEL E |
| 0137 | JONES | JONATHAN E |
| 0139 | BLACKA | MARYLOU |
| 0140 | DILLS | SCOTT A |
| 0141 | SCOTT | DEIDRE A |
| 0145 | MCMILLEN | BRANDON S |
| 0146 | RICHARDSON | WILLIAM P |