IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. TUMPA, SR. and DANA KELLEY, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> IOC-PA, LLC d/b/a LADY LUCK CASINO; ISLE OF CAPRIS CASINOS LLC f/k/a ISLE OF CAPRIS CASINOS, INC.; ELDORADO RESORTS, INC.; and MARY ANN RUTHERFORD, Director of Casino Operations, <br><br> Defendants. | Civil Action No. 3:18-cv-112 <br> Judge Stephanie L. Haines |

## ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT AGREEMENT

AND NOW this 6th day of January 2021, for the reasons set forth in the Court's accompanying Opinion, and upon careful consideration of Plaintiffs' Unopposed Motion for Final Approval of Collective and Class Action Settlement Agreement (ECF No. 54) and Plaintiffs' Unopposed Motion for Attorneys' Fees and Expenses (ECF No. 51), the parties' settlement agreement, and the proceedings at the August 20, 2020, final fairness hearing, it is hereby **ORDERED** as follows:

1. **Definitions.** Capitalized terms used in this order shall have the meaning given in the parties' Settlement Agreement (ECF No. 49-1), unless otherwise noted.

2. **Final Class Certification.** In its preliminary approval order (ECF No. 50), the Court conditionally certified the Settlement Class, pursuant to Fed. R. Civ. P. 23(b)(3), as follows:

> "Settlement Class" or "Settlement Class Members" means all individuals employed as non-exempt table game dealers and operators at the Lady Luck

1

> Casino at any time from May 24, 2015 through December 31, 2018, as to whom: (i) the Casino's time records show that their actual hours clocked-in to work exceeded the rounded clocked-in hours for which they were paid, and (ii) had they been paid for their actual hours clocked-in instead of their rounded hours clocked-in, they would have received $5.00 or more over what they were actually paid.

The Court now finally approves certification of the Settlement Class, except to those individuals who timely opted-out of the Settlement (the "Participating Settlement Class Members"). The names of the individual Participating Settlement Class Members are listed on Exhibit A hereto.

3. **Settlement Class Representatives.** Pursuant to Fed. R. Civ. P. 23, the Court finally appoints Plaintiffs Robert D. Tumpa, Sr. and Dana Kelley to represent the Settlement Class Members.

4. **Settlement Class Counsel.** Pursuant to Fed. R. Civ. P. 23(g), the Court finally appoints Edward J. Feinstein and Ruairi McDonnell of Feinstein Doyle Payne & Kravec, LLC as Settlement Class Counsel. The Court finds that Settlement Class Counsel will fairly and adequately represent the Settlement Class Members.

5. **Notice to Class Members.** In accordance with the Court's preliminary approval Order (ECF No. 50), notice of the Settlement was timely distributed by first-class mail to all Settlement Class Members. The form and method of notifying the Settlement Class of the terms and conditions of the proposed Settlement Agreement met the requirements of Fed. R. Civ. P. 23, any other applicable law, and due process, and constituted the best notice practicable under the circumstances.

6. **Class Action Fairness Act of 2005.** Defendants have timely filed notification of this settlement with the appropriate officials pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715. The Court finds that the Defendants' notification complies fully with the applicable requirements of CAFA.

7. **FLSA**. The Court also finds that the Settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions with respect to Defendant's time clock rounding policy in conjunction with an alleged "early clock-in requirement," and furthers the implementation of the FLSA in the workplace. The terms of the release are appropriately tailored to the claims at issue in the case and the agreement is publicly available.

8. **Objections.** No timely (or untimely) objections to the Settlement Agreement have been submitted by any class member or third-party.

9. **Final Approval of Settlement Agreement.** For the reasons set forth in this Court's Opinion, Plaintiffs' Motion for Final Approval of Collective and Class Action Settlement Agreement (ECF No. 54) is hereby **GRANTED**. The Settlement is **APPROVED** as fair, reasonable, and adequate to the Participating Settlement Class Members, Plaintiffs' claims are **DISMISSED** with prejudice, and the Parties are hereby directed to take the necessary steps to effectuate the terms of the Settlement Agreement. The terms of the Settlement Agreement and this Final Order and Judgment are binding on Plaintiffs and all other Participating Settlement Class Members, as listed on Exhibit A hereto.

10. **Incentive Awards to Plaintiffs.** The Settlement Agreement provides for $2,000.00 for each Plaintiff as an incentive award. The Court finds that these awards are reasonable and should be approved, as the amounts are within the range of awards customarily approved by Courts and the Plaintiffs achieved a meaningful result for absent Settlement Class Members at personal investment, inconvenience, and risk.

11. **Attorneys' Fees and Costs.** For the reasons set forth in this Court's Opinion, the Court approves Plaintiffs' counsel's request of a fee and cost award of $25,133.08, representing $1,011.02 in costs and $24,122.06 in attorneys' fees. Plaintiffs' Unopposed Motion for Attorneys'

Fees and Expenses (ECF No. 51) is hereby **GRANTED**. The Court also finds that Plaintiffs' request for costs and expenses totaling $1,011.02 should be approved.

12. **Exclusive Jurisdiction.** Without affecting the finality of this Final Order and Judgment, the Court shall retain jurisdiction for the purpose of enforcing this Final Order and Judgment or the Settlement Agreement.

13. The Clerk of Court is directed to mark this case as **CLOSED.**

*/s/ Stephanie L. Haines*
Stephanie L. Haines
United States District Court

# EXHIBIT A

| CM ID | lname | fname |
|---|---|---|
| 0001 | ESASKY | SHANNAN |
| 0002 | GEORGE | JAMES L |
| 0003 | WOODS | BRYANT E |
| 0005 | KALASKY | MARCY |
| 0006 | PAYNE | LOUIS |
| 0007 | HARVEY | PAUL |
| 0008 | SPOHN | CHELSEA R |
| 0009 | OLESKY | ALAN |
| 0010 | SPROWLS | JACQUELINE |
| 0011 | DAWSON | CODY P |
| 0012 | MEADOWS | BRENNON |
| 0013 | RUSNOCK | FRANCIS |
| 0014 | JOBES | ROBERT W |
| 0015 | METHENEY | AARON D |
| 0016 | TUMPA | ROBERT D |
| 0017 | FRAZEE | TIMOTHY R |
| 0019 | HENRY | ROBERT |
| 0020 | LANCASTER | COLLEEN F |
| 0021 | RIBNISCKY | TOMMY |
| 0022 | GEORGIANA,II | DAVID |
| 0023 | CHRISE | CORY |
| 0024 | MASELLI | KELLY S |
| 0025 | PATTERSON | MARGARET |
| 0026 | LIKE | LUCINDA S |
| 0027 | RODEHEAVER,JR | LESLIE |
| 0028 | THOMAS | DAVID A |
| 0029 | FULTON | KYLE R |
| 0030 | MCGURGAN | JEFFREY |
| 0031 | MCGINNIS | PHYLLIS |
| 0032 | GRUENIG | KYLE D |
| 0033 | MYERS | GREG A |
| 0034 | KIRTON | DEBORAH A |
| 0035 | KENDALL | JOEY |
| 0036 | PETCHENY | RONALD |
| 0037 | FISH | SHANNON L |
| 0039 | GREER | LINDSEY |
| 0040 | NELSON | MADALYN R |
| 0041 | KOKOSKA | MATTHEW R |
| 0042 | RISHA | GEORGE J |
| 0043 | TAYLOR | CLAY |
| 0044 | CHRISTOPHER | ELIZABETH |
| 0045 | BELLA | KEVIN |
| 0046 | URBAN | PAUL B |
| 0047 | GROVER | RYAN J |
| 0048 | GRAHAM | KARRI J |
| 0049 | YEAGER | SANDRA M |

| | | |
|---|---|---|
| 0050 | BEEGHLY | LAUREN |
| 0051 | KULIKOSKI | NATHAN |
| 0052 | HERRING | BRIAN G |
| 0053 | AYERS | TAMMY S |
| 0054 | LEAPLINE | JULIE |
| 0055 | KELLEY | DANA |
| 0056 | WHALEN | TIMOTHY P |
| 0057 | RUSH | TIMOTHY R |
| 0058 | HOFFMAN | RUTH ANN |
| 0059 | MICOZZI | CARLO |
| 0060 | RITZ | ANDREW N |
| 0061 | BROWNFIELD | THOMAS |
| 0062 | REED | ROBERT |
| 0063 | SMITH | KENYA A |
| 0064 | VRABEL | JAMES A |
| 0065 | HIGGINS | JAMES B |
| 0066 | HAGER | MELISSA R |
| 0068 | JAMES | BLAKE P |
| 0069 | HALYE | CARL |
| 0070 | WILSON | MABLE D |
| 0071 | ROGERS | MARCIE |
| 0072 | HONSE | AMBER R |
| 0073 | HOUSE | BRENDAN M |
| 0074 | YOWLER | STORM J |
| 0075 | VICTOR | JOSEPH P |
| 0076 | OZOHONISH | JOHN |
| 0077 | HARDIN | ALEX R |
| 0078 | WHITENER,JR | RONALD L |
| 0079 | PENZERA | ANDREW J |
| 0080 | JOHNSON | BRANDON L |
| 0081 | FEUERSTEIN | STEFANIE D |
| 0082 | JESTER | ALEXANDER P |
| 0083 | SHAW | BRANDI N |
| 0084 | RAMIREZ | RIMI O |
| 0085 | SWARTZ | CHRISTOPHER D |
| 0086 | EWART | ZACHARY |
| 0087 | MARSHALL | SHALYN E |
| 0088 | PETON | COREY R |
| 0089 | KENES | PATRICK S |
| 0090 | FERLAND | BRADLEY J |
| 0091 | BAKOSH | JAMES M |
| 0092 | BURKETT | SHELBY D |
| 0093 | LOWDERMILK | KATE E |
| 0094 | LAYMAN | MATTHEW R |
| 0095 | SMITH | ELIZABETH A |
| 0096 | DRILAK | DEVAN J |
| 0097 | DECARA | SEAN |

| | | |
|---|---|---|
| 0098 | STAGGS | RANDY A |
| 0099 | WOOSTER | DAVID M |
| 0100 | LEMASTERS | DREW J |
| 0101 | SETTLES | ZACHARY D |
| 0102 | YEX | JAMES |
| 0103 | MOUNTAIN | MICHAEL B |
| 0104 | THOMAS | JULIA M |
| 0105 | SCHIMANSKY | SARAH N |
| 0106 | RAYMOND | DANIEL C |
| 0107 | EVANS | LEO A |
| 0108 | KISTNER | JESSICA A |
| 0109 | NOLDER | SHAWN J |
| 0110 | FETTY | NICK J |
| 0111 | HICKS | JEFFREY R |
| 0112 | YOWLER | NORMAN K |
| 0113 | HICKMAN | MICHAEL A |
| 0114 | YORK | MANDEE J |
| 0115 | SHEA,JR | RANDY L |
| 0116 | WOMBACKER | RYAN |
| 0117 | TOMLIN | KENNITA E |
| 0118 | OLMO | OMAR A |
| 0119 | KINO | JOSEPH D |
| 0121 | GRIMMEYER | THOMAS J |
| 0122 | FALK | RYAN A |
| 0123 | NOLDER | KAITLIN M |
| 0124 | BLACKWELDER | MERCEDES S |
| 0125 | GRIEDEL | CHRISTOPHER M |
| 0126 | DILLIE | TARYN R |
| 0127 | MOATS,SR | THOMAS R |
| 0128 | MORGAN | SAMANTHA J |
| 0129 | NAGY | SCOTT C |
| 0130 | HIGGINS | ROGER |
| 0131 | HORNE | TERESA B |
| 0133 | LOPEZ GONZALEZ | EDUARDO Y |
| 0134 | DAVIS | SHANNON E |
| 0135 | ESTEP | CHRISTY L |
| 0136 | SARGENT | DANIEL E |
| 0137 | JONES | JONATHAN E |
| 0139 | BLACKA | MARYLOU |
| 0140 | DILLS | SCOTT A |
| 0141 | SCOTT | DEIDRE A |
| 0145 | MCMILLEN | BRANDON S |
| 0146 | RICHARDSON | WILLIAM P |